```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
SARAH RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. CHINCHIOLO, ) | Case No. 2:06-CV-01653-CMK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

  1) Page 278 of the Certified Administrative Transcript is a confidential record pertaining to an individual other than Plaintiff;

  2) Page 278 will be removed from the Certified Administrative Transcript prior to filing and from all copies of the Transcript, and destroyed by Plaintiff's attorney, the

**1**

Assistant United States Attorney, and the Assistant Regional Counsel;

    3) Page 278, mistakenly included in the Transcripts, will not be disclosed to anyone; and

    4) The inadvertent inclusion of Page 278 in the Certified Administrative Transcript will not be a basis for a claimed error.

/ / /

/ / /

/ / /

**2**

```
     /s/ Ann M. Cerney
          (As authorized on OCTOBER 31, 2006)
     ANN M. CERNEY
     Attorney at Law

     Attorney for Plaintiff



     McGREGOR W. SCOTT
     United States Attorney
     BOBBIE J. MONTOYA
     Assistant U.S. Attorney

By:  /s/ Bobbie J. Montoya
          (As signed on OCTOBER 31, 2006)
     for
     SARAH RYAN
     Special Assistant U.S. Attorney

     Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED:   November 8, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**3**