ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| ANDREW J. CHINCHIOLO, | CASE NO. 2:06-CV-01653-CMK |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby APPROVED.

Plaintiff shall file her response on or before February 17, 2007.

SO ORDERED.

DATED: December 20, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

1
STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER