```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Fax: (916) 554- 2900
SARAH RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8978
Fax: (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW J. CHINCHIOLO, ) | Case No. 2:06-cv1653-CMK |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR DEFENDANT'S FIRST |
| v. ) | EXTENSION OF TIME TO RESPOND |
| ) | TO PLAINTIFF'S MOTION FOR |
| ) | SUMMARY JUDGMENT; |
| ) | ORDER GRANTING EXTENSION OF |
| MICHAEL J. ASTRUE, ) | TIME |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing.  The current due date is May 5, 2007.  The new due date

1

will be June 15, 2007.

All other dates in the Courts Scheduling Order are extended accordingly.

Respectfully submitted,

Dated: May 3, 2007.                 /s/ Ann M. Cerney
                                    ANN M. CERNEY
                                    (Signature authorized by facsimile)
                                    Attorney for Plaintiff

Dated: May 3, 2007.                 McGREGOR W. SCOTT
                                    United States Attorney
                                    BOBBIE J. MONTOYA
                                    Assistant U.S. Attorney

                                    /s/Sarah Ryan
                                    SARAH RYAN
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

**IT IS SO ORDERED:**

**IT IS FURTHER ORDERED:**   Pursuant to Federal Rule of Civil Procedure 25(d), Michael J. Astrue is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

DATED:   June 7, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2