1 ANN M. CERNEY, SBN: 068748
Attorney at Law
2 45 Hunter Square Plaza
Stockton, California  95202
3 Telephone: (209) 948-9384
Facsimile:  (209) 948-0706
4
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| ANDREW J. CHINCHIOLO, | CASE NO. 2:06-CV-01653-CMK |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to respond to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her response on or before July 17, 2007.

SO ORDERED.

July 3, 2007

/s/  **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE